MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
The Law Office of Mike Beede, PLLC
2470 St. Rose Pkwy., Ste. 307
Henderson, NV 89074
Phone: 702-473-8406
eservice@legallv.com
*Attorney for Defendants, Jennifer Uzan St. John Carlos Miranda and Antonia Miranda*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS MIRANDA, an individual; ANTONIA MIRANDA, an individual; JENNIFER UZAN ST. JOHN (a.k.a. JENNIFER UZAN), an individual; and STERLING AT SILVER SPRINGS HOMEOWNERS ASSOCIATION, a domestic non-profit corporation,<br><br>Defendants. | CASE NO. 2:18-cv-02008-RCJ-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR RESPONSE TO PLAINTIFF'S COMPLAINT [ECF NO. 1]** |

COME NOW, Defendants, CARLOS MIRANDA; ANTONIA MIRANDA; JENNIFER UZAN ST. JOHN (a.k.a. JENNIFER UZAN) (hereafter collectively "Defendants") by and through their attorneys of record, Michael Beede, Esq. and James W. Fox, Esq. of The Law Office of Mike Beede, PLLC; and Plaintiff, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST (hereafter "US Bank"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Regina A. Habermas, Esq. of the law firm of Wright Finlay & Zak LLP, and hereby stipulate as follows:

1. This matter concerns title to real property commonly known as 5026 Mascaro Drive, Las Vegas, NV; APN 161-26-110-050 (the "Property").
2. US Bank filed its complaint on or about October 17, 2018.

3. The Parties have agreed that the time for Defendants to respond shall be extended up to and including December 7, 2018.

This is the parties' first request for a modification of the time for responsive pleading and it is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| Dated this 14th day of November, 2018.<br>THE LAW OFFICE OF MIKE BEEDE, PLLC | Dated this 14th day of November, 2018.<br>Wright Finlay & Zak, LLP |

/s/ Michael Beede	/s/ Rock K. Jung
Michael Beede, Esq.	Edgar C. Smith, Esq.
Nevada Bar No. 13068	Nevada Bar No. 5506
James W. Fox, Esq.	Rock K. Jung, Esq.
Nevada Bar No. 13122	Nevada Bar No.10906
2470 St. Rose Pkwy, Suite 307	7785 W. Sahara Ave., Suite 200
Henderson, NV 89074	Las Vegas, NV 89117
*Attorneys for Defendants, Jennifer Uzan St. John, Carlos Miranda and Antonia Miranda*	*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 15, 2018