ROBERT T. ROBBINS, ESQ.
Nevada Bar No. 6109
rrobbins@robbinslawfirm.legal
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
elowell@robbinslawfirm.legal
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
cfuss@robbinslawfirm.legal
TY M. MAYNARICH, ESQ.
Nevada Bar No. 14584
tmaynarich@robbinslawfirm.legal
ROBBINS LAW FIRM
1995 Village Center Circle, Suite 190
Las Vegas, NV 89134
T: (702) 889-6665; F: (702) 889-6664
*Counsel for Sterling at Silver Springs Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS MIRANDA, an individual; ANTONIA MIRANDA, an individual; JENNIFER UZAN ST. JOHN (a.k.a. JENNIFER UZAN), an individual; and STERLING AT SILVER SPRINGS HOMEOWNERS ASSOCIATION; a domestic non-profit corporation,<br><br>Defendants. | CASE NO: 2:18-cv-02008-RCJ-CWH<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE ON BEHALF OF STERLING AT SILVER SPRINGS HOMEOWNERS ASSOCIATION'S** |

IT IS HEREBY STIPULATED BY AND BETWEEN STERLING AT SILVER SPRINGS HOMEOWNERS ASSOICIATION and U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, by and through their respective undersigned counsel of

1

record, that the HOA may have until December 7, 2018, in which to respond to the Complaint on file herein (ECF No. 1).

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 27th day of November, 2018.

**ROBBINS LAW FIRM**

*/s/ Elizabeth Lowell, Esq.*
Robert T. Robbins, Esq.
Nevada Bar No. 6109
Elizabeth Lowell, Esq.
Nevada Bar No. 8551
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
(702) 889-6665
*Counsel for Sterling at Silver Springs Homeowners Association*

DATED this 27th day of November, 2018.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Rock K. Jung*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahar Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964
*Counsel for U.S. Bank Trust, N.A., As Trustee For LSF9 Master Participation Trust*

**ORDER**

IT IS SO ORDERED
DATED: November 28, 2018

_____
**UNITED STATES** MAGISTRATE **JUDGE**

Respectfully Submitted by:

**ROBBINS LAW FIRM**

*/s/ Elizabeth Lowell, Esq.*
Robert T. Robbins, Esq.
Nevada Bar No. 6109
Elizabeth Lowell, Esq.
Nevada Bar No. 8551
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
(702) 889-6665
*Counsel for Sterling at Silver Springs Homeowners Association*