1  WRIGHT, FINLAY & ZAK, LLP
   Robert A. Riether, Esq.
2  Nevada Bar No. 12076
   Rock K. Jung, Esq.
3  Nevada Bar No. 10906
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
   esmith@wrightlegal.net
6  rjung@wrightlegal.net
7  *Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee*
   *For LSF9 Master Participation Trust*

8
                    **UNITED STATES DISTRICT COURT**
9                        **DISTRICT OF NEVADA**
10

11 | U.S. BANK TRUST, N.A., AS TRUSTEE FOR | Case No.: 2:18-cv-02008-RCJ-CWH
   | LSF9 MASTER PARTICIPATION TRUST, |
12 | |
   | Plaintiff, | **STIPULATION AND ORDER TO STAY**
13 | | **DISCOVERY DEADLINES PENDING**
   | | **THE COURTS RULING ON JENNIFER**
14 | vs. | **UZAN; CARLOS MIRANDA AND**
   | | **ANTONIA MIRANDA'S MOTION TO**
15 | CARLOS MIRANDA, an individual; | **DISMISS[ECF NO. 15]**
   | ANTONIA MIRANDA, an individual; |
16 | JENNIFER UZAN ST. JOHN (a.k.a. |
17 | JENNIFER UZAN), an individual; and |
   | STERLING AT SILVER SPRINGS |
18 | HOMEOWNERS ASSOCIATION; a domestic |
   | non-profit corporation, |
19 | |
20 | Defendants. |

21
22       COMES NOW, Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master
23 Participation Trust ("Plaintiff" or "US Bank"), by and through their attorneys of record, Robert
24 A. Riether, Esq., and Rock K. Jung, Esq., of the law firm of Wright, Finlay & Zak, LLP;
25 Defendants, Carlos Miranda, Antonia Miranda, and Jennifer Uzan St. John (a.k.a Jennifer Uzan)
26 (collectively, the "Owners"), by and through its attorneys of record James W. Fox, Esq. of the
27
28 law office of Mike Beede; and Defendant Silver Springs Homeowners Association ("Silver

Springs," "Defendant" or "HOA"), by and through their attorneys of record, Elizabeth B. Lowell, Esq., of the Robbins Law Firm, hereby stipulate as follows:

1. In response to the deadline to file a discovery plan, which is December 11, 2018, the parties agree to stay discovery pending the Court's Ruling on the Owner's Motion to Dismiss Complaint [ECF No. 15].

DATED this 18th day of December, 2018.   DATED this 18th day of December, 2018.

**WRIGHT, FINLAY & ZAK, LLP**   **THE LAW OFFICE OF MIKE BEEDE**

*/s/ Rock K. Jung, Esq.*   */s/ James W. Fox, Esq.*
Robert A. Riether, Esq.   JAMES W. FOX, ESQ.
Nevada Bar No. 12076   Nevada Bar No. 13122
Rock K. Jung, Esq.   E-Mail: jimmy@legallv.com
Nevada Bar No. 10906   2470 St. Rose Pkwy, Suite 201
7785 W. Sahara Ave., Suite 200   Henderson, Nevada 89074
Las Vegas, NV 89117   *Attorneys For:*
(702) 475-7964; Fax: (702) 946-1345   *Defendants, Carlos Miranda, Antonia*
esmith@wrightlegal.net   *Miranda, Jennifer Uzan St. John (a.k.a*
rjung@wrightlegal.net   *Jennifer Uzan)*
*Attorneys for Plaintiff, U.S. Bank Trust, N.A.,*
*as Trustee*
*For LSF9 Master Participation Trust*

DATED this 18th day of December, 2018.

**THE ROBBINS LAW FIRM**

*/s/ Elizabeth B. Lowell, Esq.*
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
E-Mail: elowell@robbinslawfirm.legal
1995 Village Center Cir., Suite 190
Las Vegas, Nevada 89134
*Attorneys for:*
*Defendant, Sterling at Silver Springs*
*Homeowners Association*

**ORDER**

IT IS THEREFORE ORDERED that the deadline to file a discovery plan, and subsequent discovery period, is STAYED pending a ruling on defendants Carlos Miranda, Antonia Miranda, and Jennifer Uzan St. John's motion to dismiss (ECF No. 15). IT IS FURTHER ORDERED that a proposed discovery plan must be filed within 21 days of the ruling on the motion to dismiss.

_____
UNITED STATES DISTRICT MAGISTRATE

Date: December 19, 2018

Respectfully Submitted by:
WRIGHT, FINLAY & ZAK, LLP

*/s/ Rock K. Jung, Esq.*
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee*
*For LSF9 Master Participation Trust*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served on the 18th day of December, 2018, the foregoing **STIPULATION AND ORDER TO STAY DISCOVERY DEADLINES PENDING THE COURT'S RULING ON JENNIFER UZAN; CARLOS MIRANDA AND ANTONIA MIRANDA'S MOTION TO DISMISS [ECF NO. 15]** was served to the following by first class mail:

The Law Office of Mike Beede, PLLC
2470 St. Rose Pkwy., Ste. 307
Henderson, NV 89074

ROBBINS LAW FIRM
1995 Village Center Circle, Suite 190
Las Vegas, NV 89134

                                              */s/ Dekova Huckaby*
                                              An Employee of WRIGHT, FINLAY & ZAK, LLP