WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee*
*For LSF9 Master Participation Trust*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> CARLOS MIRANDA, an individual; ANTONIA MIRANDA, an individual; JENNIFER UZAN ST. JOHN (a.k.a. JENNIFER UZAN), an individual; and STERLING AT SILVER SPRINGS HOMEOWNERS ASSOCIATION; a domestic non-profit corporation, <br><br> Defendants. | Case No.: 2:18-cv-02008-RCJ-CWH <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR U.S. BANK TO RESPOND TO JENNIFER UZAN ST. JOHN, CARLOS MIRANDA AND ANTONIA MIRANDA'S MOTION TO DISMISS COMPLAINT[ECF NO. 15) AND STERLING AT SILVER SPRINGS HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS COMPLAINT(ECF NO. 16)** |

COMES NOW, Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Plaintiff" or "US Bank"), by and through their attorneys of record, Robert A. Riether, Esq., and Rock K. Jung, Esq., of the law firm of Wright, Finlay & Zak, LLP; Defendants, Carlos Miranda, Antonia Miranda, and Jennifer Uzan St. John (a.k.a Jennifer Uzan) (collectively, the "Owners"), by and through its attorneys of record James W. Fox, Esq. of the law office of Mike Beede; and Defendant Silver Springs Homeowners Association ("Silver

Springs," "Defendant" or "HOA"), by and through their attorneys of record, Elizabeth B. Lowell, Esq., of the Robbins Law Firm, hereby stipulate as follows:

On December 6, 2018, the Owners filed a Motion to Dismiss U.S. Bank's Complaint (ECF No. 15), with a Response due on December 20, 2018. Further, the HOA filed a Motion to Dismiss Complaint (ECF No. 16) on December 6, 2018, with a response due on December 20, 2018. The parties hereby agree to extend the deadline for U.S. Bank to file and serve their responses to both the Owner's and HOA's Motions to Dismiss Complaint from December 20, 2018 to January 10, 2019.

This is the parties' first request for extension of this deadline, and is not extended to cause any delay or prejudice to any party.

DATED this 14th day of December, 2018.	DATED this 14th day of December, 2018.

**WRIGHT, FINLAY & ZAK, LLP**	**THE LAW OFFICE OF MIKE BEEDE**

*/s/ Rock K. Jung*	*/s/ Michael Beede*
Robert A. Riether, Esq.	MICHAEL BEEDE, ESQ.
Nevada Bar No. 12076	Nevada Bar No. 13068
Rock K. Jung, Esq.	E-Mail: mike@legallv.com
Nevada Bar No. 10906	2470 St. Rose Pkwy, Suite 201
7785 W. Sahara Ave., Suite 200	Henderson, Nevada 89074
Las Vegas, NV 89117	*Attorneys For:*
(702) 475-7964; Fax: (702) 946-1345	*Defendants, Carlos Miranda, Antonia*
esmith@wrightlegal.net	*Miranda, Jennifer Uzan St. John (a.k.a*
rjung@wrightlegal.net	*Jennifer Uzan)*
*Attorneys for Plaintiff, U.S. Bank Trust, N.A.,*
*as Trustee*
*For LSF9 Master Participation Trust*

DATED this 14th day of December, 2018.

**THE ROBBINS LAW FIRM**

*/s/ Elizabeth B. Lowell*
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
E-Mail: elowell@robbinslawfirm.legal
1995 Village Center Cir., Suite 190
Las Vegas, Nevada 89134
*Attorneys for:*
*Defendant, Sterling at Silver Springs*
*Homeowners Association*

**ORDER**

IT IS HEREBY ORDERED that U.S. Bank shall have until January 10, 2019, to file and serve its responses to the Owner's Motions to Dismiss Complaint (ECF No. 15) and the HOA's Motion to Dismiss Complaint (ECF No. 16).

IT IS SO ORDERED:

_____
UNITED STATES JUDGE

DATED: December 20, 2018