WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee
For LSF9 Master Participation Trust*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS MIRANDA, an individual; ANTONIA MIRANDA, an individual; JENNIFER UZAN ST. JOHN (a.k.a. JENNIFER UZAN), an individual; and STERLING AT SILVER SPRINGS HOMEOWNERS ASSOCIATION; a domestic non-profit corporation,<br><br>Defendants. | Case No.: 2:18-cv-02008-RCJ-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR U.S. BANK TO RESPOND TO STERLING AT SILVER SPRINGS HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS [ECF NO. 16]**<br><br>**(SECOND REQUEST)** |

COMES NOW, Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Plaintiff" or "US Bank"), by and through their attorneys of record, Robert A. Riether, Esq., and Rock K. Jung, Esq., of the law firm of Wright, Finlay & Zak, LLP; and Defendant Silver Springs Homeowners Association ("Silver Springs," "Defendant" or "HOA"), by and through their attorneys of record, Elizabeth B. Lowell, Esq., of the Robbins Law Firm, hereby stipulate as follows:

On December 6, 2018, the HOA filed a Motion to Dismiss U.S. Bank's Complaint (ECF No. 16), with a Response due on January 10, 2019 per the Stipulation and Order to Extend Time (ECF No. 20). The parties hereby agree to extend the deadline for U.S. Bank to file and serve their responses to HOA's Motions to Dismiss Complaint from January 10, 2019 to **January 24, 2019**.

This is the parties' second request for extension of this deadline, and is not extended to cause any delay or prejudice to any party.

DATED this 10th day of January, 2019.                    DATED this 10th day of January, 2019.

**WRIGHT, FINLAY & ZAK, LLP**                              **THE ROBBINS LAW FIRM**

*/s/ Rock K. Jung, Esq.*                                   */s/ Elizabeth B. Lowell, Esq.*
Robert A. Riether, Esq.                                    ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 12076                                       Nevada Bar No. 8551
Rock K. Jung, Esq.                                         E-Mail: elowell@robbinslawfirm.legal
Nevada Bar No. 10906                                       1995 Village Center Cir., Suite 190
7785 W. Sahara Ave., Suite 200                             Las Vegas, Nevada 89134
Las Vegas, NV 89117                                        *Attorneys for:*
(702) 475-7964; Fax: (702) 946-1345                        *Defendant, Sterling at Silver Springs*
rriether@wrightlegal.net                                   *Homeowners Association*
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, N.A.,*
*as Trustee For LSF9 Master Participation*
*Trust*

**ORDER**

IT IS HEREBY ORDERED that U.S. Bank shall have until **January 24, 2019**, to file and serve its responses to the HOA's Motions to Dismiss Complaint (ECF No. 16).

IT IS SO ORDERED.

_____
UNITED STATES JUDGE

January 14, 2019