MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
The Law Office of Mike Beede, PLLC
2470 St. Rose Pkwy., Ste. 307
Henderson, NV 89074
Phone: 702-473-8406
eservice@legallv.com
*Attorney for Defendants, Jennifer Uzan St. John Carlos Miranda and Antonia Miranda*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>CARLOS MIRANDA, an individual; ANTONIA MIRANDA, an individual; JENNIFER UZAN ST. JOHN (a.k.a. JENNIFER UZAN), an individual; and STERLING AT SILVER SPRINGS HOMEOWNERS ASSOCIATION, a domestic non-profit corporation,<br><br>Defendants. | CASE NO. 2:18-cv-02008-RCJ-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS [ECF NO. 22]** |

COME NOW, Defendants, CARLOS MIRANDA; ANTONIA MIRANDA; JENNIFER UZAN ST. JOHN (a.k.a. JENNIFER UZAN) (hereafter collectively "Defendants") by and through their attorneys of record, Michael Beede, Esq. and James W. Fox, Esq. of The Law Office of Mike Beede, PLLC; and Plaintiff, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST (hereafter "US Bank"), by and through its attorneys of record, Robert A. Riether, Esq. and Rock K. Jung, Esq. of the law firm of Wright Finlay & Zak LLP, and hereby stipulate as follows:

1. This matter concerns title to real property commonly known as 5026 Mascaro Drive, Las Vegas, NV; APN 161-26-110-050 (the "Property").
2. US Bank filed its complaint on or about October 17, 2018.

3. Defendants Jennifer Uzan St. John, Carlos Miranda, and Antonie Miranda filed their Motion to Dismiss on December 6, 2018.

4. Plaintiff U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, filed its Opposition to Defendants' Motion to Dismiss on January 10, 2019.

5. The Parties have agreed that the time for Defendants to respond to Plaintiff's Opposition shall be extended up to and including January 24, 2019.

This is the second request for a modification of the time for responsive pleading between these two parties, the parties previously stipulated to extend the time for Plaintiff to file its opposition to the Defendants' Motion to Dismiss. This stipulation seeks the first extension of Defendants Reply deadline, and it is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| Dated this 17th day of Janaury, 2019.<br>THE LAW OFFICE OF MIKE BEEDE, PLLC | Dated this 17th day of January, 2019.<br>WRIGHT, FINLAY & ZAK, LLP |
| */s/ Michael Beede*<br>Michael N. Beede, Esq.<br>Nevada Bar No. 13068<br>James W. Fox, Esq.<br>Nevada Bar No. 13122<br>2470 St. Rose Pkwy, Suite 307<br>Henderson, NV 89074<br>*Attorneys for Defendants, Jennifer Uzan St. John, Carlos Miranda and Antonia Miranda* | */s/ Rock Jung*<br>Robert A Riether, Esq.<br>Nevada Bar No. 12076<br>Rock K. Jung, Esq.<br>Nevada Bar No. 10906<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: \_\_\_\_ January 18, 2019. _____