ROBERT T. ROBBINS, ESQ.
Nevada Bar No. 6109
rrobbins@robbinslawfirm.legal
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
elowell@robbinslawfirm.legal
ROBBINS LAW FIRM
1995 Village Center Circle, Suite 190
Las Vegas, NV 89134
T: (702) 889-6665; F: (702) 889-6664
*Attorneys for Sterling at Silver Springs Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS MIRANDA, an individual; ANTONIA MIRANDA, an individual; JENNIFER UZAN ST. JOHN (a.k.a. JENNIFER UZAN), an individual; and STERLING AT SILVER SPRINGS HOMEOWNERS ASSOCIATION; a domestic non-profit corporation,<br><br>Defendants. | CASE NO: 2:18-cv-02008-RCJ-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT STERLING AT SILVER SPRINGS HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS [ECF #16], PRESENTLY SET FOR MARCH 8, 2019 at 10:15 am, TO MAY 10, 2019 at 9:00 am in COURTROOM 4B**<br><br>**(FIRST REQUEST)** |

COMES NOW, Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Plaintiff" or "US Bank"), by and through their attorneys of record, Robert A. Riether, Esq., and Rock K. Jung, Esq., of the law firm of Wright, Finlay & Zak, LLP; Defendants, Carlos Miranda, Antonia Miranda, and Jennifer Uzan St. John (a.k.a Jennifer Uzan) (collectively, the "Owners"), by and through their attorneys of record Michael Beede, Esq. and James W. Fox, Esq. of the law office of Mike Beede; and Defendant Sterling at Silver Springs Homeowners Association

1

("Silver Springs," "Defendant" or "HOA"), by and through their attorneys of record, Elizabeth B. Lowell, Esq., of the Robbins Law Firm, hereby stipulate as follows:

Personal and family obligations of counsel for Silver Springs prevent her from attending the oral argument on the Motion to Dismiss filed by Silver Springs [ECF #16] on November 27, 2018, and presently set for oral argument before the Court on March 8, 2019 at 10:15 am.

Consequently, the parties agree that the hearing on Silver Springs' Motion to Dismiss [ECF #16] **will be continued and held on May 10, 2019, at 9:00 am, in Courtroom 4B.**

This request for a continuance is not intended to cause delay or prejudice to any party.

| | |
|---|---|
| DATED this 5th day of March, 2019. | DATED this 5th day of March, 2019. |
| **THE LAW OFFICE OF MIKE BEEDE** | **WRIGHT, FINLAY & ZAK, LLP** |
| /s/ Mike Beede | /s/ Rock Jung |
| MICHAEL BEEDE, ESQ.<br>Nevada Bar No. 13122<br>JAMES W. FOX, ESQ.<br>Nevada Bar No. 13122<br>E-Mail: jimmy@legallv.com<br>2470 St. Rose Pkwy, Suite 201<br>Henderson, Nevada 89074<br>*Attorneys For:*<br>*Defendants, Carlos Miranda, Antonia Miranda, Jennifer Uzan St. John (a.k.a Jennifer Uzan)* | Robert A. Riether, Esq.<br>Nevada Bar No. 12076<br>Rock K. Jung, Esq.<br>Nevada Bar No. 10906<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>esmith@wrightlegal.net<br>rjung@wrightlegal.net<br>*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee For LSF9 Master Participation Trust* |

DATED this 5th day of March, 2019.

**THE ROBBINS LAW FIRM**

*/s/ Elizabeth Lowell*

---

ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
E-Mail: elowell@robbinslawfirm.legal
1995 Village Center Cir., Suite 190
Las Vegas, Nevada 89134
*Attorneys for:*
*Defendant, Sterling at Silver Springs Homeowners Association*

## ORDER

IT IS HEREBY ORDERED that the hearing on Silver Springs Motion to Dismiss [ECF #16], presently set for March 8, 2019 at 10:15 am, will be continued and will be held on May 10, 2019 at 9:00 am in Courtroom 4B of the Lloyd George Federal Courthouse, 333 S. Las Vegas, Blvd., Las Vegas, NV, 89101.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
3-7-2019

Respectfully Submitted by:
ROBBINS LAW FIRM

*/s/ Elizabeth Lowell*
ELIZABETH B. LOWELL, ESQ.
Nevada Bar No. 8551
E-Mail: elowell@robbinslawfirm.legal
1995 Village Center Cir., Suite 190
Las Vegas, Nevada 89134
*Attorneys for:*
*Defendant, Sterling at Silver Springs Homeowners Association*