MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
JAMES W. FOX, ESQ.
Nevada Bar No. 13122
The Law Office of Mike Beede, PLLC
2470 St. Rose Pkwy., Ste. 307
Henderson, NV 89074
Phone: 702-473-8406
eservice@legallv.com
*Attorney for Defendants, Jennifer Uzan St. John Carlos Miranda and Antonia Miranda*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br>v.<br><br>CARLOS MIRANDA, an individual; ANTONIA MIRANDA, an individual; JENNIFER UZAN ST. JOHN (a.k.a. JENNIFER UZAN), an individual; and STERLING AT SILVER SPRINGS HOMEOWNERS ASSOCIATION, a domestic non-profit corporation,<br><br>Defendants. | CASE NO. 2:18-cv-02008-RCJ-CWH<br><br>STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE MARCH 8, 2019 MOTION TO DISMISS HEARING REGARDING ECF NO. 15 TO APRIL 19, 2019 |

COME NOW, Defendants, CARLOS MIRANDA; ANTONIA MIRANDA; JENNIFER UZAN ST. JOHN (a.k.a. JENNIFER UZAN) (hereafter collectively "Defendants") by and through their attorneys of record, Michael Beede, Esq. and James W. Fox, Esq. of The Law Office of Mike Beede, PLLC; Defendant STERLING AT SILVER SPRINGS HOMEOWNERS ASSOCIATION (hereafter "Silver Springs"), by and through their attorneys of record, Robert T. Robbins, Esq., Elizabeth B. Lowell, Esq., Chad D. Fuss, Esq., and Ty M. Maynarich, of Robbins Law Firm; and Plaintiff, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST (hereafter "US Bank"), by and through its attorneys of record, Robert A. Riether, Esq. and Rock K. Jung, Esq. of the law firm of Wright Finlay & Zak LLP, and hereby stipulate as follows:

1. This matter concerns title to real property commonly known as 5026 Mascaro Drive, Las Vegas, NV; APN 161-26-110-050 (the "Property").
2. US Bank filed its complaint on or about October 17, 2018.
3. Defendants Jennifer Uzan St. John, Carlos Miranda, and Antonia Miranda filed their Motion to Dismiss on December 6, 2018 (ECF No. 15)(hereafter the "Miranda Motion").
4. On December 20, 2018, this Court issued an Order Setting Oral Argument on motions to dismiss for Monday, March 25, 2019 at 10:00 a.m. (ECF No. 21)
5. On February 14, 2019, this Court issued a Minute Order rescheduling oral arguments on all pending motions for Friday, March 8, 2019 at 9:30 a.m.
6. Upon inquiry of Defedants' counsel, the Court identified April 19, 2019 as an alternative hearing date for oral arguments regarding the Miranda Motion (ECF No. 15).
7. The Parties have agreed to reschedule oral arguments on the Miranda Motion (ECF No. 15) to April 19, 2019.
8. Oral arguments regarding Defendant Sterling at Silver Springs Homeowners Association's Motion to Dismiss (ECF No. 16) shall remain on March 8, 2019, at 9:30 a.m.

This is the first request for an alternate hearing date regarding the motions to dismiss, and it is not intended to cause any delay or prejudice to any party.

| | |
|---|---|
| Dated this 6th day of March, 2019.<br>THE LAW OFFICE OF MIKE BEEDE, PLLC<br><br>/s/ Michael Beede<br>Michael N. Beede, Esq.<br>Nevada Bar No. 13068<br>James W. Fox, Esq.<br>Nevada Bar No. 13122<br>2470 St. Rose Pkwy, Suite 307<br>Henderson, NV 89074<br>*Attorneys for Defendants, Jennifer Uzan St. John, Carlos Miranda and Antonia Miranda* | Dated this 6th day of March, 2019.<br>WRIGHT, FINLAY & ZAK, LLP<br><br>/s/ Rock K. Jung<br>Robert A Riether, Esq.<br>Nevada Bar No. 12076<br>Rock K. Jung, Esq.<br>Nevada Bar No. 10906<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust* |

Dated this 6th day of March, 2019.
ROBBINS LAW FIRM

/s/ Elizabeth B. Lowell
Robert T. Robbins, Esq.
Nevada Bar No. 6109
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
Chad D. Fuss, Esq.
Nevada Bar No. 12744
Ty M. Maynarich, Esq
Nevada Bar No. 14584
1995 Village Center Circle, Suite 190
Las Vegas, NV 89134
*Attorneys for Sterling at Silver Springs Homeowners Association*

IT IS HEREBY ORDERED that the hearing on Motion to Dismiss (ECF No. 15) presently set for March 8, 2019 at 10:15 a.m., will be continued to April 19, 2019 at 10:00 a.m. in Courtroom 4B of the Lloyd George Federal Courthouse, 333 S. Las Vegas, Blvd., Las Vegas, NV.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 3-7-2019