# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>          Plaintiff,<br><br>vs.<br><br>CARLOS MIRANDA, an individual, *et al.*,<br><br>          Defendants. | Case No.: 2:18-CV-02008-RCJ-CWH<br><br>ORDER |

The parties filed a Joint Notice of Settlement (ECF No. 44) and request to vacate all upcoming hearings and briefing deadlines. Accordingly,

IT IS HEREBY ORDERED that the Motion Hearing currently set for 09:30 A.M., Monday, August 5, 2019, in Las Vegas Courtroom 4B is VACATED.

IT IS FURTHER ORDERED that Motions (ECF No. 15 and 16) are DENIED without prejudice to refiling.

IT IS FURTHER ORDERED that the parties shall submit a Stipulation for Dismissal on or before Friday, November 1, 2019.

IT IS SO ORDERED.

DATED: This 2nd day of August, 2019.

_____
ROBERT C. JONES
Senior District Judge