LAGOMARSINO LAW
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
chad@lagomarsinolaw.com
*Attorney for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>CARLOS MIRANDA, an individual; ANTONIA MIRANDA, an individual; JENNIFER UZAN ST. JOHN (a.k.a JENNIFER UZAN), an individual; and STERLING AT SILVER SPRINGS HOMEOWNERS ASSOCIATION; a domestic non-profit corporation,<br><br>Defendants. | CASE NO.: 2:18-cv-02008-RCJ-CWH<br><br><u>**NOTICE TO TERMINATE AND REMOVE ATTORNEY CHAD D. FUSS, ESQ. FROM CASE, CM/ECF SERVICE LIST AND COURT DOCKET and [PROPOSED] ORDER**</u> |

PLEASE TAKE NOTICE that the that undersigned hereby requests that attorney Chad D. Fuss, Esq., formerly of the PENGILLY LAW FIRM and ROBBINS LAW FIRM, be terminated from this case and removed from the Court's docket and CM/ECF service list(s) as Mr. Fuss is no longer with the, PENGILLY LAW FIRM or ROBBINS LAW FIRM.

. . .

. . .

. . .

. . .

. . .

. . .

PLEASE TAKE FURTHER NOTICE that this notice relates only to Chad D. Fuss, Esq.

DATED this 5th day of August, 2018.

LAGOMARSINO LAW

_____
CHAD D. FUSS, ESQ.
Nevada Bar No. 12744
3005 W. Horizon Ridge Pkwy., #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
chad@lagomarsinolaw.com
*Attorney for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust*

**[PROPOSED] ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: _____ August 9, 2019 _____.

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that on this 5th day of August, 2019, the foregoing **MOTION TO REMOVE ATTORNEY FROM ECF FILING and [PROPOSED] ORDER** was electronically served on all parties to this action, through the CM/ECF system of the United States District Court, to the following:

| | |
|---|---|
| Michael Beede, Esq. | Robert T. Robbins, Esq. |
| *eservice@legallv.com* | *rrobbins@kringandchung.com* |
| *amanda@legallv.com* | *nray@kringandchung.com* |
| Attorney for Defendants, Jennifer Uzan St. John, Carlos Miranda and Antonia Miranda | Attorney for Sterling at Silver Springs Homeowners Association |

_____
An Employee of LAGOMARSINO LAW

Page 2 of 2