WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rjung@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>CARLOS MIRANDA, an individual; ANTONIA MIRANDA, an individual; JENNIFER UZAN ST. JOHN (a.k.a. JENNIFER UZAN), an individual; and STERLING AT SILVER SPRINGS HOMEOWNERS ASSOCIATION; a domestic non-profit corporation,<br><br>Defendants. | Case No.: 2:18-cv-02008-RCJ-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Plaintiff"), through its counsel of record, Robert A. Riether, Esq. and Rock K. Jung, Esq., of the law firm Wright, Finlay & Zak, LLP; Defendants, Carlos Miranda, Antonia Miranda, and Jennifer Uzan St. John (collectively "Buyers"), by and through their counsel of record, Michael Beede, Esq., and James W. Fox, Esq., of The Law Office of Mike Beede, PLLC; and Defendant, Sterling at Silver Springs Homeowners Association ("HOA"), through its counsel of record, Robert T. Robbins, Esq., and Elizabeth B. Lowell, Esq., of the Robbins Law Firm (collectively, the "Parties"), for dismissal of this action as follows:

1    WHEREAS:

2    1.    The real property which is the subject of this suit is commonly known as 5026
3  Mascaro Dr., Las Vegas, Nevada 89122; APN 161-26-110-050 ("Property") and is part of the
4  HOA;

5    2.    On October 17, 2018, Plaintiff filed a Complaint for Quiet Title against Buyers
6  and HOA [ECF No. 1];

7    3.    On August 2, 2019, the Parties filed a Joint Notice of Settlement [ECF No. 44];

8    **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that all
9  claims in Plaintiff's Complaint against Buyers and HOA shall be dismissed in their entirety *with*
10  *prejudice*.

11    **IT IS FURTHER STIPULATED AND AGREED** that nothing in this Stipulation and
12  Order is intended to be, or will be, construed as an admission of the claims or defenses of the
13  Parties.

14    **IT IS FURTHER STIPULATED AND AGREED** that this Stipulation and Order is in
15  no way intended to impair the rights of Plaintiff (or any of its authorized servicers, agents,
16  investors, affiliates, predecessors, successors, and assigns) to pursue any and all remedies
17  against its borrower, as defined in the Note, Annette Winn ("Borrower"), that Plaintiff (or any
18  of its authorized servicers, agents, investors, affiliates, predecessors, successors, and assigns)
19  may have relating to the Note, including the right to sue Borrower for any deficiency.

20    **IT IS FURTHER STIPULATED AND AGREED** that U.S. BANK TRUST, N.A., AS
21  TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST has not further right, title, interest,
22  or claim to the real property located at 5026 Mascaro Dr., Las Vegas, Nevada 89122 and
23  bearing Clark County Assessor's Parcel Number 161-26-110-050.

24    **IT IS FURTHER STIPULATED AND AGREED** that that certain Deed of Trust
25  which was recorded as Clark County Recorder's Instrument Number 200201300002623 does
26  not encumber the real property located at 5026 Mascaro Dr., Las Vegas, Nevada 89122 and
27  bearing Clark County Assessor's Parcel Number 161-26-110-050.

28  /./././

**IT IS FURTHER STIPULATED AND AGREED** that each Party shall bear its own attorney's fees and costs incurred in this litigation and settlement.

**IT IS SO STIPULATED.**

Dated this 29th day of October, 2019.

| WRIGHT, FINLAY & ZAK, LLP | THE LAW OFFICE OF MIKE BEEDE, PLLC |
|---|---|
| */s/ Rock K. Jung* | */s/ Michael Beede* |
| Robert A. Riether, Esq.<br>Nevada Bar No. 12076<br>Rock K. Jung, Esq.<br>Nevada Bar No. 10906<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust* | Michael Beede, Esq.<br>Nevada Bar No. 13068<br>James W. Fox, Esq.<br>Nevada Bar No. 13122<br>2470 St. Rose Pkwy., Ste. 307<br>Henderson, NV 89074<br>*Attorneys for Defendants, Jennifer Uzan St. John, Carlos Miranda, and Antonia Miranda* |

ROBBINS LAW FIRM

*/s/ Elizabeth B. Lowell*

Robert T. Robbins, Esq.
Nevada Bar No. 6109
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
7575 Vegas Drive, Suite 150-G
Las Vegas, NV 89108
*Attorneys for Defendant, Sterling at Silver Springs Homeowners Association*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: ___ October 31, 2019. ____